that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

John ADAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76815.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 13, 2000.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before: MARY R. RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr.J.

*ORDER*

PER CURIAM.

Movant appeals from a judgment denying without an evidentiary hearing his Rule 29.15 motion for post-conviction relief.

The findings and conclusions of the motion court are based on findings of fact

